IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on Behalf of the Estates of Polaroid Corporation et al., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-697-SLR |
| ANNE MCCARTHY, | ) ) ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules Civil Procedure 41, Plaintiff and Defendant hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and expenses. This case is hereby closed.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_/s/ m n_____
Joseph A. Malfitano (No. 4020)
Maribeth L. Minella (No. 4185)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
mminella@ycst.com

Attorneys for Plaintiff

Dated:_____

_/s/ Anne McCarthy_____ 6/3/06
Anne McCarthy (Pro Se)[1]
537 Webb Road
Chadds Ford, PA 19317-9506

Defendant

SO ORDERED:

_____

---

[1] It is plaintiff's understanding that defendant is no longer represented by counsel.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2006, I caused a copy of the foregoing document to be served upon the following party in the manner indicated:

FIRST-CLASS MAIL:

Anne McCarthy
537 WEbbRoad
Chadds Ford, PA  19317-9506

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ M.M.*

Maribeth L. Minella (No 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
mminella@ycst.com

Attorneys for Plaintiff